IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

TRACY R. BOLIN                                                               PLAINTIFF

v.                             CIVIL NO. 21-3042

KILOLO KIJAKAZI,[1] Acting Commissioner
Social Security Administration                                DEFENDANT

**O R D E R**

On October 1, 2021, this Court directed Plaintiff to show cause why his suit should not be dismissed due to his failure to timely file an appeal brief on or before September 29, 2021. (ECF No. 12).

On October 4, 2021, Plaintiff's counsel filed Plaintiff's Response to Show Cause and Motion to File Belated Brief stating that she was "wholly responsible" for Plaintiff's failure to timely file an appeal brief and requested permission to file a belated brief. (ECF No. 13).

Based on the foregoing, the Court will grant Plaintiff's motion. Plaintiff's brief will now be **due on November 1, 2021**, and the Defendant's brief will be **due 30 days from this date**.

Plaintiff's counsel is cautioned to more closely monitor her cases to ensure timely filings on behalf of her clients

IT IS SO ORDERED this 4th day of October 2021.

/s/ *Christy Comstock*
HON. CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE

---

[1] Kilolo Kijakazi, has been appointed to serve as Acting Commissioner of Social Security, and is substituted as Defendant, pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure.