IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

TRACY R. BOLIN                                                                                    PLAINTIFF

V.                                            CASE NO.: 3:21-CV-3042

KILOLO KIJAKAZI,[1] Acting Commissioner
Social Security Administration                                                      DEFENDANT

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 18) filed in this case on July 6, 2022, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY.** Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, the Administrative Law Judge's decision is **AFFIRMED**, and Plaintiff's case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** on this 21st day of July, 2022.

                                               /s/ Timothy L. Brooks
                                               TIMOTHY L. BROOKS
                                               UNITED STATES DISTRICT JUDGE

---

[1] Kilolo Kijakazi has been appointed to serve as the Acting Commissioner of Social Security, and is substituted as Defendant, pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure.