IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

TRACY R. BOLIN                                                                                    PLAINTIFF

V.                              CASE NO.: 3:21-CV-3042

KILOLO KIJAKAZI,[1] **Acting Commissioner**
**Social Security Administration**                                                   DEFENDANT

## JUDGMENT

**IT IS HEREBY ORDERED AND ADJUDGED** that for the reasons stated in the Magistrate Judge's Report and Recommendation, the Administrative Law Judge's decision is **AFFIRMED** and Plaintiff's case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED AND ADJUDGED** on this 21st day of July, 2022.

                                      */s/ Timothy L. Brooks*
                                      TIMOTHY L. BROOKS
                                      UNITED STATES DISTRICT JUDGE

---

[1] Kilolo Kijakazi has been appointed to serve as the Acting Commissioner of Social Security, and is substituted as Defendant, pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure.